```
BOBBY RAY MCKENNIS, III          NETCREDIT
1003 HIDDEN MEADOW LN            ATTN: BANKRUPTCY
SUMMIT, MS 39666                 175 W JACKSON BLVD.
                                  STE 600
                                 CHICAGO, IL 60604


THOMAS C. ROLLINS, JR.           PROSPER FUNDING LLC
THE ROLLINS LAW FIRM, PLLC       ATTN: BANKRUPTCY
P.O. BOX 13767                   221 MAIN STREET
JACKSON, MS 39236                SUITE 300
                                 SAN FRANCISCO, CA 94105


AMEX                             REGIONAL FINANCE
PO BOX 981535                    979 BATESVILLE RD
EL PASO, TX 79998                GREER, SC 29651



CAPITAL ONE                      SUNBELT FEDERAL CU
ATTN: BANKRUPTCY                 ATTN: BANKRUPTCY
P.O. BOX 30285                   6885 US HWY 49
SALT LAKE CITY, UT 84130         HATTIESBURG, MS 39402



CITIBANK                         SYNCHRONY BANK
PO BOX 790046                    ATTN: BANKRUPTCY
ST LOUIS, MO 63179               PO BOX 965060
                                 ORLANDO, FL 32896


DISCOVER FINANCIAL               UPLIFT
ATTN: BANKRUPTCY                 ATTN: BANKRUPTCY
PO BOX 3025                      275 BATTERY STREET
NEW ALBANY, OH 43054             SUITE 2300
                                 SAN FRANCISCO, CA 94111


FREEDOM MORTGAGE CORP            US ATTORNEY GENERAL
ATTN: BANKRUPTCY                 US DEPT OF JUSTICE
907 PLEASANT VALLEY              950 PENNSYLVANIA AVENW
 AVE, STE 3                      WASHINGTON, DC 20530-0001
MT LAUREL, NJ 08054


INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346



INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201
```