United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                    Case No. 25-02955-KMS

Bobby Ray Mckennis, III                                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3 | User: mssbad | Page 1 of 2

Date Rcvd: Jan 26, 2026 | Form ID: n031 | Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bobby Ray Mckennis, III, 1003 Hidden Meadow Ln, Summit, MS 39666-7173 |
| 5592278 | | Sunbelt Federal Credit Union, Attn: Bankruptcy, 6885 US Hwy 49 #3, Hattiesburg, MS 39402 |
| 5592280 | + | Uplift, Attn: Bankruptcy, 275 Battery Street, Suite 2300, San Francisco, CA 94111-3366 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5609146 | | Email/PDF: bncnotices@becket-lee.com | Jan 26 2026 19:43:44 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5592268 | + | Email/PDF: bncnotices@becket-lee.com | Jan 26 2026 19:43:44 | Amex, Po Box 981535, El Paso, TX 79998-1535 |
| 5592269 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 26 2026 19:43:29 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5592270 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 26 2026 19:43:30 | Citibank, Po Box 790046, St Louis, MO 63179-0046 |
| 5592271 | + | Email/Text: mrdiscen@discover.com | Jan 26 2026 19:31:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5592272 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 26 2026 19:31:00 | Freedom Mortgage Corp, Attn: Bankruptcy, 907 Pleasant Valley, Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 5592274 | + | Email/Text: ebone.woods@usdoj.gov | Jan 26 2026 19:31:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5592273 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 26 2026 19:31:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5608554 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 26 2026 19:31:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5611356 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 26 2026 19:31:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5592275 | + | Email/Text: netcreditbnc@enova.com | Jan 26 2026 19:31:17 | NetCredit, Attn: Bankruptcy, 175 W Jackson Blvd., Ste 600, Chicago, IL 60604-2948 |
| 5592276 | | Email/Text: ProsperBK@prosper.com | Jan 26 2026 19:31:00 | Prosper Funding LLC, Attn: Bankruptcy, 221 Main Street, Suite 300, San Francisco, CA 94105 |
| 5606842 | + | Email/Text: bankruptcy@purchasingpower.com | Jan 26 2026 19:31:00 | Purchasing Power, LLC, Bankruptcy Dept., 2727 Paces Ferry Road SE, Bldg. 2, Suite 1200, Atlanta, GA 30339-6199 |
| 5593326 | + | Email/Text: bankruptcy@regionalmanagement.com | Jan 26 2026 19:31:00 | REGIONAL MANAGEMENT CORPORATION, 979 BATESVILLE ROAD STE B, GREER SC 29651-6819 |
| 5592277 | + | Email/Text: bankruptcy@regionalmanagement.com | | |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 26, 2026 | Form ID: n031 | Total Noticed: 20 |

|  |  | Jan 26 2026 19:31:00 | Regional Finance, 979 Batesville Rd, Greer, SC 29651-6819 |
|---|---|---|---|
| 5592279 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jan 26 2026 19:43:44 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5592281 | ^ MEBN | | |
| | | Jan 26 2026 19:28:51 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Bobby Ray Mckennis  III trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−02955−KMS
**Chapter:** 13

**In re:**

Bobby Ray Mckennis III
1003 Hidden Meadow Ln
Summit, MS 39666

Notice of Entry of Order Confirming Plan

The Court entered an Order on January 26, 2026 (Dkt. # 17 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court | Clerk, U.S. Bankruptcy Court |
| Southern District of Mississippi | Southern District of Mississippi |
| Thad Cochran U.S. Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 East Court Street, Suite 2.300 | 2012 15th Street, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |
| 601−608−4600 | 228−563−1790 |

Dated: January 26, 2026                    Danny L. Miller, Clerk of Court