IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON-3 DIVISIONAL OFFICE

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| BOBBY RAY MCKENNIS, III, DEBTOR | ) | CASE NO. 25-02955-KMS |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| FREEDOM MORTGAGE CORPORATION | ) | MOVANT |
| | ) | |
| VS. | ) | |
| | ) | |
| BOBBY RAY MCKENNIS, III, DEBTOR | ) | RESPONDENT |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY
AND TO ABANDON PROPERTY**

COMES NOW Freedom Mortgage Corporation ("Movant"), by counsel, and shows this Court the following:

1.     This is a Motion under Section 362(d) of the Bankruptcy Code for relief from the automatic stay for all purposes allowed by law and the contract between the parties, including, but not limited to, the right to foreclose on certain real property described herein.

2.     Movant is the servicer of a loan secured by certain real property in which Debtor has an interest. Said real property is security for a promissory note, and is commonly known as *1003 Hidden Meadow Ln, Summit, MS 39666* (the "Property"). A true, correct and redacted copy of the Deed of Trust is attached hereto as *Exhibit A* and it is incorporated herein by reference. A true, correct and redacted copy of Debtor's Promissory Note is attached and fully incorporated herein as *Exhibit B*. A copy of the Assignment of Deed of Trust is attached as *Exhibit C.* The Property herein is located in Pike County, Mississippi, and is described as

follows:

Lot 7 in the Turkey Ridge Subdivision, a subdivision according to the map or plat thereof on file and of record in the office of the Chancery Clerk of Pike County, Mississippi, in Slide A-175 thereof, reference to which map or plat is hereby made in aid of and as a part of this description, said lot containing 1.24 acres, more or less, located partly in the Northwest Quarter of the Southwest Quarter and partly in the Northeast Quarter of the Southwest Quarter of Section 29, Township 4 North, Range 9 East, Pike County, Mississippi.

Being that same property conveyed from Raymond L. Woodall and Kimberly L. Woodall to Raymond L. Woodall by Quitclaim Deed recorded 12/7/2016 as Instrument #278714 in the office of the Chancery Clerk of Pike County, Mississippi.

Indexing Instructions: Lot 7, Turkey Ridge Subdivision, part of the NW ¼ of SW ¼ and part of the NE ¼ of SW ¼, Sec 29, T4N, R9E, Pike County, Mississippi.

3.      Debtor has defaulted in making payments which have come due since this case was filed.  As of March 16, 2026, Debtor is delinquent for two (2) payments of $1,608.24 each (February 1, 2026 – March 1, 2026), less a suspense balance of $0.00, for a total default of $3,216.48, pursuant to the Note.

4.      The unpaid principal balance, as of March 16, 2026, is $194,107.35, and interest is due thereon in accordance with the Note as well as fees, costs, and escrow advances.  The current amount of unpaid interest on Movant's loan is $2,539.30 and the estimated payoff is $200,290.49, good through April 15, 2026.

5.      Because of Debtor's default and inability to make all required payments in the amounts and at the times they are required to be made, Movant is not adequately protected and shows that there is cause for relief from the automatic stay.

6.      Debtor's *Schedule A/B* values the property at $250,000.00.  Upon information and belief, Movant is not aware of any other liens against the Property.

7.      Upon information and belief, since the filing of the petition herein, Debtor has remained in possession of and continues to use the Property.  If Movant is not permitted to exercise its right to foreclose upon its security, it will suffer irreparable injury, loss and damage.

8.      Movant requests it be permitted to contact Debtor via telephone or written correspondence regarding potential loss mitigation options pursuant to applicable non-bankruptcy law, including loan modifications, deeds in lieu of foreclosure, short sales and/or any other potential loan workouts or loss mitigation agreements.

WHEREFORE, Movant prays as follows:

(1)      for an Order modifying the automatic stay, authorizing Movant, its successors and assigns, to proceed with the exercise of its private power of sale and to foreclose under its Deed of Trust and appropriate state statutes;

(2)      Because the Deed of Trust so provides, Debtor is responsible for Movant's reasonable attorney's fees;

(3)      that Movant, at its option, be permitted to contact Debtor via telephone or written correspondence regarding potential loss mitigation options pursuant to applicable non-bankruptcy law, including loan modifications, deeds in lieu of foreclosure, short sales and/or any other potential loan workouts or loss mitigation agreements;

(4)      for waiver of Bankruptcy Rule 4001 (a)(4); and

(5)      for such other and further relief, both general and specific, as is just and equitable.

Respectfully submitted, this the 26th day of March, 2026.

**FREEDOM MORTGAGE CORPORATION**

BY:   */s/ Karen A. Maxcy*

Karen A. Maxcy
Mississippi Bar No. 8869
McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Road
Roswell, GA 30076
Direct Phone 770-643-7200
Email: Karen.Maxcy@mccalla.com
*Attorney for Movant*

## CERTIFICATE OF SERVICE

I, Karen A. Maxcy, of McCalla Raymer Leibert Pierce, LLP, do hereby certify that on this date, I served a copy of MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND TO ABANDON PROPERTY filed in this bankruptcy matter on the following parties at the addresses shown, through the Court's ECF/CMF system, and/or via U.S. Mail First Class, postage prepaid and properly addressed, to-wit:

**Debtor**
Bobby Ray Mckennis, III
1003 Hidden Meadow Ln
Summit, MS 39666

**Debtor's Attorney**                    *(via ECF/CMF Electronic Notice)*
Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

**Chapter 13 Trustee**                    *(via ECF/CMF Electronic Notice)*
David Rawlings
P.O. Box 566
Hattiesburg, MS 39403

**U.S.  Trustee**                    *(via ECF/CMF Electronic Notice)*
United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201

CERTIFIED, this the 26th day of March, 2026.


*/s/ Karen A. Maxcy*
Karen A. Maxcy