MSSB-7007.1-Bk (11/23)

## United States Bankruptcy Court
## Southern District of Mississippi

In re:   BOBBY RAY MCKENNIS, III

_Debtor(s)_

Case No.: 25-02955-KMS

Chapter: 13

## Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules,
FREEDOM MORTGAGE CORPORATION , a
[Name of Corporate Party]

**[Check One]**

☑ Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

☐ Corporate Debtor **FRBP 1007(a)(1)**

☐ Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

☐ Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

☐ The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

|  |
|  |

**OR**

☑ There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 03/26/2026

_/s/ Karen A. Maxcy_
Attorney Signature

Karen A. Maxcy
Attorney Name

8869
State Bar Number

1544 Old Alabama Road
Address

Roswell, GA  30076
City, State, and Zip Code

678-321-6965
Telephone Number

Karen.Maxcy@mccalla.com
Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**