# Proceeding Minutes / Proceeding Memo

**Case #:** 25-02955          **Case Name:** Bobby Ray Mckennis, III

**Set:** 04/23/2026 10:00 am   **Chapter:** 13   **Type:** bk      **Judge** Katharine M. Samson

**matter**   Motion for Relief from Stay ., Motion to Compel Abandonment and Certificate of Service (1003 Hidden Meadow Ln, Summit, MS 39666).  Filed by Creditor FREEDOM MORTGAGE CORPORATION (Attachments: # 1 Exhibits)  (Dkt. #25)

Response filed by the Debtors (Dkt. #30)

---

Minute Entry Re: (related document(s): [25] Motion for Relief From Stay filed by FREEDOM MORTGAGE CORPORATION) Maxcy to submit an Agreed Order. Order due by 05/07/2026. Called in by Maxcy. (mcc)