United States Bankruptcy Court

Southern District of Mississippi

In re:                                                          Case No. 25-02955-KMS

Bobby Ray Mckennis, III                                         Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 1 |
|---|---|---|
| Date Rcvd: May 01, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2026:**

**Recip ID**      **Recipient Name and Address**
db      + Bobby Ray Mckennis, III, 1003 Hidden Meadow Ln, Summit, MS 39666-7173

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Karen A. Maxcy | on behalf of Creditor FREEDOM MORTGAGE CORPORATION karen.maxcy@mccalla.com BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Bobby Ray Mckennis  III trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 1, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON-3 DIVISIONAL OFFICE

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| BOBBY RAY MCKENNIS, III, DEBTOR | ) | CASE NO. 25-02955-KMS |
| | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| FREEDOM MORTGAGE CORPORATION | ) | MOVANT |
| | ) | |
| VS. | ) | |
| | ) | |
| BOBBY RAY MCKENNIS, III, DEBTOR | ) | RESPONDENT |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**AGREED ORDER RESOLVING THE MOTION RELIEF FROM THE AUTOMATIC
STAY AND FOR ABANDONMENT OF PROPERTY** [DOCKET #25]

This Matter came before the court upon the Motion for Relief from the Automatic Stay and to Abandon Property [Docket #25] ("Motion") of Freedom Mortgage Corporation ("Movant"), and Debtor's response [Docket #30], regarding the real property and improvements located at and commonly known as *1003 Hidden Meadow Ln, Summit, MS 39666* ("Property"), lying and being situated in the Southern Judicial District of Pike County, Mississippi, and more particularly described as follows:

Lot 7 in the Turkey Ridge Subdivision, a subdivision according to the map or plat thereof on file and of record in the office of the Chancery Clerk of Pike County, Mississippi, in Slide A-175 thereof, reference to which map or plat is hereby made in aid of and as a part of this description, said lot containing 1.24 acres, more or less, located partly in the Northwest Quarter of the Southwest Quarter and partly in the Northeast Quarter of the Southwest Quarter of Section 29, Township 4 North, Range 9 East, Pike County, Mississippi.

Being that same property conveyed from Raymond L. Woodall and Kimberly L. Woodall to Raymond L. Woodall by Quitclaim Deed recorded 12/7/2016 as Instrument #278714 in the office of the Chancery Clerk of Pike County, Mississippi.

Indexing Instructions: Lot 7, Turkey Ridge Subdivision, part of the NW ¼ of SW ¼ and part of the NE ¼ of SW ¼, Sec 29, T4N, R9E, Pike County, Mississippi.

Notice of the hearing was given for the above date, and based upon the pleadings, and other filings herein, and further, upon the consent of all parties, it is hereby

**ORDERED** that the Motion for Relief is conditionally denied.

**IT IS FURTHER ORDERED** that Debtor owes Movant, consisting of the following:

### Bobby Ray McKennis III's Mortgage Arrearage

| Begin | End | # Mos. | Monthly Amount | Total |
|-------|-----|--------|----------------|-------|
| Post-Petition: | | | | |
| 04/01/2026 | | 1 | $1,608.24 | $1,608.24 |
| Total Arrearage | | | | $1,608.24 |

**IT IS FURTHER ORDERED** that Debtor shall pay the April 1, 2026 payment in the amount of $1,608.24 by April 30, 2026; if not received the stay provided under 11 U.S.C. §362 and co-debtor stay provided under 11 U.S.C. § 130X shall terminate automatically without further order of this Court.

**IT IS FURTHER ORDERED** that Debtor owes Movant, Attorney's Fees of $500.00 and Filing Fee of $199.00.

**IT IS FURTHER ORDERED** that Debtor shall pay the post petition arrearage of $699.00 by making six (6) equal monthly payments of $116.50 beginning May 1, 2026 through

October 1, 2026, and shall be paid directly to Movant, along with Debtor's ongoing monthly mortgage payments to Movant, beginning with the May, 2026 payment.

**IT IS FURTHER ORDERED** that in the event the Movant does not receive any regular monthly payments and the stipulation payments for the dates provided above from Debtor (beginning with the May 1, 2026 payment) within thirty (30) days from the date such payment comes due, and after a fourteen (14) day written notice of default to Debtor and Debtor's attorney, the stay provided under 11 U.S.C. §362 ~~and co-debtor stay provided under 11 U.S.C. §~~ KMS ~~1301~~ shall terminate automatically without further order of this Court, as it relates to the enforcement of the lien regarding the aforementioned property, and Movant, its successors and assigns, shall be free to enforce any and all of their respective rights, title and interest in and to the aforementioned property, including, but not limited to, foreclosure, in accordance with the provisions of the Note and Deed of Trust and the laws of the State of Mississippi.  The provisions of this Order shall become void upon the conversion of this case to any other chapter of the Bankruptcy Code or dismissal of this case for any reason.

##**END OF ORDER**##

Approved, Prepared and Submitted by:

/s/ Karen A. Maxcy
_____
Karen A. Maxcy, MS Bar #8869
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076
678-321-6965 (Direct Telephone)
e-mail:  *Karen.Maxcy@mccalla.com*
*Attorney for Movant*

Approved and Agreed to:

/s/ Thomas Carl Rollins, Jr.
_____
Thomas Carl Rollins, Jr.
*Attorney for Bobby Ray Mckennis, III*

/s/Samuel J. Duncan
_____
Samuel Duncan or Brian Wilson
*Attorney for David Rawlings*
*Chapter 13 Trustee*